| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: VW Credit Leasing, Ltd | Order Filed on August 8, 2017<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |

Case No: 15-18403 SLM

Chapter: 13

In Re:

Jamie A. Lopez,

    Debtor

Judge: Stacey L. Meisel

# ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 8, 2017**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:      Jamie A Lopez
Case No.:    15-18403 SLM
Caption:     **ORDER VACATING AUTOMATIC STAY**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, VW Credit Leasing, Ltd, upon a motion to vacate the automatic stay as to a 2014AUDI A6, VIN: WAUFGAFC4EN091195, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Justin M. Gillman, Esq., counsel for the Debtor, Jamie A Lopez,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2014AUDI A6, VIN: WAUFGAFC4EN091195is hereby vacated effective May 15, 2017; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor is in possession of the subject vehicle; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said Secured Creditor will not be filing a post- petition claim for the vehicle ; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall be permitted to use, sell, or exercise any other ownership rights with regard to the subject property.